# Clifton Kitchens

| | |
|---|---|
| **From:** | Rick Alembik |
| **Sent:** | Friday, July 05, 2019 6:28 PM |
| **To:** | progers@mcguirewoods.com |
| **Cc:** | frontdesk |
| **Subject:** | Cunningham, Herman & Vernessa v. Nationstar, et al |
| **Attachments:** | JPR_Draft_05.pdf; JPR_Draft_05.doc |

Dear Paul:

Attached is a file named "JPR_Draft_05.doc" and a .PDF version of same.

The .PDF version is a clean version of the WordPerfect file which I've converted to a Word file for you to tweak (using track-changes).

I am going to have to insist that you re-plead your affirmative defenses so that they are at least somewhat particularized and not shot-gunned. (See my remarks at pp. 18 and 24—25 of the JPR in this regard.) While they're not required to satisfy *Iqbal/Twombly* pleading standards, they still can't be pleaded as every potential affirmative defense in the universe without any modicum of particularization. Failing your voluntary compliance I don't think I'll have any choice but to file a Motion to dismiss the ones that aren't particularized after sending you a copy of the proposed motion and giving you an opportunity to re-plead in accordance with Rule 11.

Hopefully we can get this JPR wrapped up on Monday?

Have a good weekend.

Sincerely,

Rick Alembik
Richard S. Alembik, PC
315 W. Ponce de Leon Ave.,
Ste. 250
Decatur, GA 30030 (USA)
TEL.: (1) 404-373-0205
FAX: (1) 404-795-8999

For non-confidential replies
please cc the following address:
general_mailbox@alembik.com

**CONFIDENTIALITY**: This e-mail may contain confidential information intended only for the person(s) named. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you receive this transmission in error, please notify Richard S. Alembik, PC at the telephone number and/or e-mail address provided.

**NO CLIENT RELATIONSHIP**: Communication with an attorney or staff member at Richard S. Alembik, PC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from an attorney or staff member should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by written agreement.


www.alembik.com

**ADDRESS FOR STATUTORY ELECTRONIC NOTICE:** general_mailbox@alembik.com