**EXHIBIT E**

Ste. 250
Decatur, GA 30030 (USA)
Tel.: (1) 404-373-0205
Fax: (1) 404-795-8999

Please cc:
general_mailbox@alembik.com
with non-confidential replies.


www.alembik.com

**From:** Rogers, Paul A. <PRogers@mcguirewoods.com>
**Sent:** Thursday, July 18, 2019 9:05 PM
**To:** Rick Alembik <rick@alembik.com>
**Cc:** frontdesk <frontdesk@alembik.com>
**Subject:** RE: Cunningham v. Nationstar, et al -- Initial Disclosures

Rick,

My apologies. I forgot that we did not opt out of Initial Disclosures. I will have the Disclosures filed tomorrow. Thanks.

**Paul A. Rogers**
Attorney
McGuireWoods LLP
Promenade
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309-3534
T:  +1 404 443 5636
M: +1 770 722 8061
F:  +1 404 443 5772
progers@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

# McGUIREWOODS

**From:** Rick Alembik <rick@alembik.com>
**Sent:** Thursday, July 18, 2019 6:03 PM
**To:** Rogers, Paul A. <PRogers@mcguirewoods.com>
**Cc:** frontdesk <frontdesk@alembik.com>
**Subject:** Cunningham v. Nationstar, et al -- Initial Disclosures

Hey, Paul, I don't have your initial disclosures. I think they were due July 15th.
Please advise.



Rick Alembik
Richard S. Alembik, PC
315 W. Ponce de Leon Ave.,
Ste. 250
Decatur, GA 30030 (USA)
TEL.: (1) 404-373-0205
FAX: (1) 404-795-8999

For non-confidential replies
please cc the following address:
general_mailbox@alembik.com


www.alembik.com

**CONFIDENTIALITY:** This e-mail may contain confidential information intended only for the person(s) named. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you receive this transmission in error, please notify Richard S. Alembik, PC at the telephone number and/or e-mail address provided.

**NO CLIENT RELATIONSHIP:** Communication with an attorney or staff member at Richard S. Alembik, PC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from an attorney or staff member should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by written agreement.

**ADDRESS FOR STATUTORY ELECTRONIC NOTICE:** general_mailbox@alembik.com

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*