IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VERNESSA S. CUNNINGHAM, et al., Plaintiffs, v. WELLS FARGO BANK, NATIONAL ASSOCIATION trading as The Banc of America Alternative Loan Trust 2004-5, et al., Defendants. | CIVIL ACTION FILE NO. 1:19-CV-2296-TWT |

**ORDER**

This is an action for wrongful foreclosure. It is before the Court on the Plaintiffs" Motion to Strike Affirmative Defenses [Doc. 27] which is DENIED.

SO ORDERED, this 6 day of September, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge