# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

VERNESSA CUNNINGHAM, and
HERMAN CUNNINGHAM,

                          Plaintiffs,

           vs.

WELLS FARGO BANK, NA, and
NATIONSTAR MORTGAGE, LLC,
D/B/A MR COOPER,

                          Defendants.

CIVIL ACTION FILE
NO. 1:19-CV-02296-SDG

## PLAINTIFFS' NOTICE REGARDING MEDIATION REFERRAL

Regarding this Court's referral of this case to mediation [Doc. 48], the parties have thus far not been able to resolve their differences. However, at some point they were making progress. Plaintiffs are not sure if they still are because they are still awaiting a communication from Defendants.

Respectfully submitted this 13th day of March, 2020.

315 W. Ponce de Leon Ave.
Ste. 250
Decatur, GA 30030-5100
(404) 373-0205
(404)795-8999 FAX

Statutory Electronic Service:
general_mailbox@alembik.com

RICHARD S. ALEMBIK, PC


By: /s/ Richard S. Alembik
     Richard S. Alembik
     State Bar No. 008770
     Attorney for Plaintiffs
     Vernessa Cunningham,
     and Herman Cunningham

## LR 7.1D CERTIFICATE OF FONT AND POINT SELECTION

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the court in LR 5.1B.

*s/ Richard S. Alembik*
Richard S. Alembik
State Bar No. 008770
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

VERNESSA S. CUNNINGHAM AND
HERMAN CUNNINGHAM,

                              Plaintiffs,

            vs.

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE OF THE
BANC OF AMERICA ALTERNATIVE
LOAN TRUST 2004-5; AND,
NATIONSTAR MORTGAGE LLC, D/B/A
MR. COOPER,

                            Defendants.

Civil Action No.:

1:19-CV-02296-SDG

## CERTIFICATE OF SERVICE OR
## NOTICE OF ELECTRONIC FILING

I hereby certify that on __March 13, 2020__ service of a true and accurate copy

of the foregoing document was perfected on all opposing counsel and

unrepresented parties according to one or more of the following identified

("X'ed") method(s):

☒ Electronically filing same with the Clerk of Court using the CM/ECF system which will automatically send a Notice of Electronic filing to all attorneys registered with the CM/ECF system.

☐ Hand delivery of same.

☐   Depositing same in the U.S. Mail in an envelope with sufficient first-class-mail postage affixed thereon, properly addressed to the following recipients at the following address(es):

Jarrod S. Mendel, Esq.
McGuire Woods LLP
1230 Peachtree Street NE
Promenade II, Suite 2100
Atlanta, GA   30309-3534
and via email to:
jmendel@mcguirewoods.com

Respectfully submitted,

RICHARD S. ALEMBIK, PC

315 W. Ponce de Leon Ave.      By: /s/ Richard S. Alembik
Ste. 250                       Richard S. Alembik
Decatur, GA 30030-5100         State Bar No. 008770
(404) 373-0205                 Attorney for Plaintiffs
(404)795-8999 FAX              Herman Cunningham and
general_mailbox@alembik.com    Vernessa Cunningham